**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

LINKSMART WIRELESS TECHNOLOGY, LLC

    Plaintiff(s),

  vs.

HOSPITALITY NETWORK, LLC

    Defendant(s).

Case #2:20-cv-01386-MMD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Larry Russ_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Russ August & Kabat
(firm name)

with offices at _____12424 Wilshire Boulevard, 12th Floor_____,
(street address)

___Los Angeles___, ___California___, ___90025___,
(city)              (state)            (zip code)

___310-826-7474___, ___lruss@raklaw.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Linksmart Wireless Technology, LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  11/29/1978 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District of California | 01/19/1979 | 082760 |
| USDC Northern District of California | 04/22/2013 | 082760 |
| USDC Eastern District of California | 08/03/2007 | 082760 |
| US Court of Appeal for the Federal Circuit | 08/31/2016 | 082760 |
| USDC Southern District of California | 06/07/2000 | 082760 |
| USDC Middle District of Florida | 08/2000 | 082760 |
| Utah State Court, 3rd Judicial District | 05/2006 | 082760 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) none

6. That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) none

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) none

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 05/25/2018 | Linksmart v. Caesars | USDC District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California }
COUNTY OF Los Angeles }

__Larry Russ__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__7th__ day of __August__, __2020__.

__Moe Azaran__ _____
Notary Public or Clerk of Court

MOE AZARAN
Notary Public - California
Los Angeles County
Commission # 2296577
My Comm. Expires Aug 8, 2023

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Mark Borghese__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__10161 Park Run Drive, Suite 150__
(street address)

__Las Vegas__, __Nevada__, __89145__
(city)  (state)  (zip code)

__702-382-0200__, __mark@borgheselegal.com__
(area code + telephone number)  (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT**          GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Los Angeles _____



Subscribed and sworn to (or affirmed) before me on

this __7th__ day of __August__, 20 __20__, by
    Date          Month        Year

(1) _____ Larry Craig Russ _____

(and (2) _____ ),
              Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
          Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

───────── **OPTIONAL** ─────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Mark Borghese_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Koichiro Ikudome, CEO
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6231                              mark@borgheselegal.com
Bar number                        Email address

APPROVED:

Dated: this __13th__ day of __August__, 20_20_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_Larry C. Russ_, Bar No. _82760_

was duly admitted to practice in this Court on _January 19th, 1979_
DATE

and  is active and in good standing  as a member of the Bar

of this Court.

Dated at Los Angeles, California

on _July 29th, 2020_
Date

KIRY K. GRAY
Clerk of Court

By _/s/ A. Kannike_

Andrea Kannike , Deputy Clerk

G-52 (10/15)               CERTIFICATE OF GOOD STANDING