# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LINKSMART WIRELESS TECHNOLOGY, LLC,

    Plaintiff(s),

v.

HOSPITALITY NETWORK,

    Defendant(s).

Case No.: 2:20-cv-01386-MMD-NJK

**ORDER**

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than October 27, 2020.

IT IS SO ORDERED.

Dated: October 20, 2020

_____
Nancy J. Koppe
United States Magistrate Judge