# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>HOSPITALITY NETWORK, LLC,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-01386-MMD-NJK<br><br>**ORDER**<br><br>[Docket No. 40] |

　　　Pending before the Court is the parties' proposed discovery plan and scheduling order. Docket No. 40. The Court hereby **SETS** a telephonic hearing on the parties' proposed discovery plan for 2:30 p.m. on November 10, 2020. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

　　　IT IS SO ORDERED.

　　　Dated: October 29, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1