**RUSS, AUGUST & KABAT**
Larry C. Russ (*pro hac vice*)
lruss@raklaw.com
Marc A. Fenster (*pro hac vice*)
mfenster@raklaw.com
Benjamin T. Wang (*pro hac vice*)
bwang@raklaw.com
Andrew D. Weiss (*pro hac vice*)
aweiss@raklaw.com
Minna Y. Chan (*pro hac vice*)
mchan@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:     (310) 826-7474
Facsimile:      (310) 826-6991

**BORGHESE LEGAL, LTD.**
Mark Borghese - Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 382-0200
Facsimile:      (702) 382-0212

*Attorneys for Plaintiff*
LINKSMART WIRELESS TECHNOLOGY, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>HOSPITALITY NETWORK, LLC<br><br>*Defendant*. | Case No.: 2:20-cv-01386-MMD-NJK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Linksmart Wireless Technology, LLC and Defendant Hospitality Network, LLC, hereby stipulate to the dismissal of all claims asserted in this action with prejudice with each party bearing its own costs, expenses, and attorney fees.

Dated: March 11, 2021                                Respectfully submitted,

**RUSS, AUGUST & KABAT**                             **KILPATRICK TOWNSEND & STOCKTON LLP**

By:  */s/ Benjamin T. Wang*                          By:  */s/ Michael J. Turton*
    **RUSS, AUGUST & KABAT**                         **KILPATRICK TOWNSEND & STOCKTON LLP**
    Larry C. Russ (*pro hac vice*)                   Mitchell G. Stockwell (*pro hac vice*)
    Marc A. Fenster (*pro hac vice*)                 mstockwell@kilpatricktownsend.com
    Benjamin T. Wang (*pro hac vice*)                Vaibhav P. Kadaba (*pro hac vice*)
    Andrew D. Weiss (*pro hac vice*)                 wkadaba@kilpatricktownsend.com
    Minna Y. Chan (*pro hac vice*)                   Michael J. Turton (*pro hac vice*)
    12424 Wilshire Boulevard, 12th Floor              mturton@kilpatricktownsend.com
    Los Angeles, California 90025                     Andrew N. Saul (*pro hac vice*)
    Telephone:  (310) 826-7474                        asaul@kilpatricktownsend.com
    Facsimile:   (310) 826-6991                       1100 Peachtree Street NE Suite 2800
    Email: lruss@raklaw.com                            Atlanta, Georgia 30309
        mfenster@raklaw.com                    Telephone:    404 815 6500
        bwang@raklaw.com                       Facsimile:    404 815 6555
        aweiss@raklaw.com
        mchan@raklaw.com                       **SNELL & WILMER L.L.P.**
                                                     Paul Swenson Prior
**BORGHESE LEGAL, LTD.**                             Nevada Bar No. 9324
Mark Borghese - Nevada Bar No. 6231                  sprior@swlaw.com
10161 Park Run Drive, Suite 150                      3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89145                              Las Vegas, NV 89169
Telephone:    (702) 382-0200                         Telephone: (702) 784-5200
Facsimile:    (702) 382-0212                         Facsimile: (702) 784-5252
Email:        mark@borgheselegal.com

*Attorneys for Plaintiff*                            *Attorneys for Defendant*
LINKSMART WIRELESS                                   HOSPITALITY NETWORK, LLC
TECHNOLOGY, LLC

IT IS SO ORDERED.

Dated:  3/15/2021

                                               U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on March 11, 2021, with a copy of this document via the Court's CM/ECF system.

                                                       */s/ Benjamin T. Wang*
                                                       Benjamin T. Wang